**Opinion issued May 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00974-CV

———————————

## IN RE GRADE A REALTY LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Grade A Realty LLC filed a petition for writ of mandamus complaining of the trial court's December 10, 2024 order denying Grade A's motion to designate a property management company as a responsible third party.[1] Because the trial court judge who denied Grade A's motion was succeeded by a new judge

---

[1] The underlying case is *Melonye Ballard v. Sitemag Residential III LP and Grade A Realty LLC*, cause number 2023-80112, pending in the 215th District Court of Harris County, Texas, the Honorable Nathan J. Milliron presiding.

on January 1, 2025, the Court issued an order abating the proceeding and remanding to the successor judge to reconsider the prior judge's ruling. *See* TEX. R. APP. P. 7.2(b). On February 12, 2025, real party in interest Melonye Ballard notified the Court that the trial court had denied reconsideration of the prior judge's ruling. A reporter's record was filed on February 26, 2025 and a supplemental record was filed on March 7, 2025. On April 1, 2025, the Court reinstated the case on the active docket.

On April 11, 2025, relator filed a letter advising the Court that the parties had settled their differences and a motion to dismiss would be filed soon. On April 28, 2025, relator filed an unopposed motion to dismiss this original proceeding. We grant the motion.

The petition is dismissed. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.